# Lowenstein Sandler LLP

R. Scott Thompson
Member

65 Livingston Avenue
Roseland, NJ 07068
T  973.597.2582
F  973.597.2583
ndallavalle@lowenstein.com

March 11, 2013

**VIA CM/ECF & FEDEX**
The Honorable Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street – Courtroom PO 3
Newark, New Jersey 07102

Re:   *Care One Management, LLC, et al. v. United Healthcare Workers East, SEIU 1199 and New England Healthcare Employees Union, District 1199*
       Civil Action No. 2:12-cv-06371-KM-MCA

Dear Judge McNulty:

This firm represents defendants United Healthcare Workers East, SEIU 1199 and New England Healthcare Employees Union, District 1199 ("Defendants") in the above referenced matter. Enclosed please find a courtesy copy of Defendants' Reply Memorandum of Law in Further Support of the Motion to Dismiss Plaintiffs' Complaint.

Respectfully submitted,

s/ R. Scott Thompson
R. Scott Thompson


NFD:mm

27629/2
3/11/13 23899856.1

Enclosures
cc:   Rosemary Alito, Esq.   *(via ECF)*
       George P. Barbatsuly   *(via ECF)*
       Michael Critchley, Sr.   *(via ECF)*
       John Michael Vazquez   *(via ECF)*