**K&L GATES**

K&L GATES LLP
ONE NEWARK CENTER
NEWARK, NJ  07102
T  973.848.4104   F 973.848.4001   klgates.com

February 28, 2014

Rosemary Alito
D  973.848.4022
F  973.848.4001
rosemary.alito@klgates.com

**VIA ECF**

William T. Walsh
Clerk of Court
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:   **Care One Management, LLC, *et al* v. Healthcare Workers East, SEIU 1199, *et al*.**
      **Civil Action No. 2:12-cv-06371-SDW-MCA**

Dear Mr. Walsh:

The parties have been informed by the chambers of the Honorable Susan D. Wigenton, U.S.D.J., that the above-referenced case will be reassigned to a new District Judge in the near future.  Five of the plaintiffs and one of the defendants in the above-referenced matter are parties to bankruptcy proceedings on appeal to this Court from the United States Bankruptcy Court for the District of New Jersey.  National Labor Relations Board v. 710 Long Ridge Operating Co. II, LLC, No. 2:14-cv-00832-CCC (filed Feb. 10, 2014).[1]   In the interests of judicial economy, and pursuant to Local Civil Rule 40.1(c), it is respectfully submitted that the above-referenced case should be assigned to the Honorable Claire C. Cecchi, U.S.D.J., to whom the bankruptcy appeal in Case No. 14-00832 is also assigned.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Rosemary Alito

Rosemary Alito

cc:   All Counsel of Record [via ECF]

---

[1] The five plaintiffs who are debtors in possession in the bankruptcy proceedings on appeal to this Court are: 710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford; 240 Church Street Operating Company II, LLC d/b/a Newington Health Care Center; 1 Burr Road Operating Company II, LLC d/b/a Westport Health Care Center; 245 Orange Avenue Operating Company II, LLC d/b/a West River Health Care Center; and 107 Osborne Street Operating Company II, LLC, d/b/a Danbury Health Care Center.  Defendant New England Health Care Employees Union, District 1199, is an objector in these same bankruptcy proceedings.