# K&L | GATES

K&L Gates LLP
A Delaware limited liability partnership
One Newark Center, Tenth Floor
Newark, NJ 07102-5252

T 973.848.4000    www.klgates.com

Rosemary Alito
D 973.848.4022
F 973.848.4001
Rosemary.alito@klgates.com

March 14, 2014

**VIA ECF**

Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

**Re:   Care One Management, LLC, *et al* v. Healthcare Workers East, SEIU 1199, *et al*.**
**Civil Action No. 2:12-cv-06371**

Dear Judge Wigenton:

      This firm represents Plaintiffs in the above-referenced matter.  Pursuant to Your Honor's text order dated March 12, 2014 (Doc. No. 81), the parties have conferred upon a revised briefing schedule for Defendants' pending Motion to Dismiss the Amended Complaint (Doc. No. 55).  Under the parties' revised agreed-upon briefing schedule, Plaintiff's opposition papers will now be due on March 31, 2014, Defendants' reply papers will be due on April 15, 2014, and the motion will be returnable May 5, 2014.

      We enclose an agreed-upon form of Consent Order memorializing the foregoing.  If this Order meets with Your Honor's approval, we ask that you kindly sign and enter the same.

      We thank the Court for its continued consideration of this matter.

                    Respectfully submitted,

                    /s/ Rosemary Alito

                    Rosemary Alito

Enclosure

cc:   R. Scott Thompson, Esq. (w/encl.) (via ECF)
      Robert M. Weinberg, Esq. (w/encl.) (via Email)
      Jacob R. Karabell, Esq. (w/encl.) (via Email)
      Richard A. Levy, Esq. (w/encl.) (via Email)

NW-423165 v1

Anthony P. La Rocco, Administrative Partner, New Jersey