UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARE ONE MANAGEMENT, LLC et al, <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE WORKERS EAST, SEIU 1199, and NEW ENGLAND HEALTHCARE EMPLOYEES UNION, DISTRICT 1199 <br><br> Defendants. | Civil Action No: 2:12-cv-06371 <br><br> Honorable Susan D. Wigenton, U.S.D.J. <br> Honorable Madeline C. Arleo, U.S.M.J. <br><br> **CONSENT ORDER ESTABLISHING REVISED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

The parties having conferred and so agreed; and good cause appearing, it is HEREBY ORDERED as follows:

1) Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 55) shall be returnable May 5, 2014;

2) Any opposition papers shall be filed by March 31, 2014, and any reply papers shall be filed by April 15, 2014.

Dated: March 17, 2014   SO ORDERED:

_____
Hon. Susan D. Wigenton, U.S.D.J.