**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Care One Management, LLC, et al., Plaintiffs, v. United Healthcare Workers East, SEIU 1199 et al., Defendants. | Civil Action No: 2:12-cv-06371<br>Honorable Susan D. Wigenton, U.S.D.J.<br>Honorable Michael A. Hammer, U.S.M.J.<br>**NOTICE OF MOTION TO QUASH DEFENDANTS' SUBPOENA AD TESTIFICANDUM** |

To: Kathleen Keller
BREDHOFF & KAISER, P.L.L.C
805 Fifteenth Street, N.W.
Washington, D.C. 20005-2207

**PLEASE TAKE NOTICE** that on October 20, 2014, at 9:00 a.m., or such date and time as counsel may be heard, non-parties National Labor Consultants, LLC ("NLC") and Keith Peraino, by and through their undersigned attorneys, K&L Gates LLP, shall move before the Honorable Susan D. Wigenton pursuant to Fed. R. Civ. P. 45 for the entry of an Order quashing Defendants' Subpoena Ad Testificandum directed to Mr. Peraino.

**PLEASE TAKE FURTHER NOTICE** that NLC and Mr. Peraino will rely upon the accompanying Brief, the Declarations of George P. Barbatsuly and Keith Peraino submitted herewith, and on all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument in argument in connection with this motion in the event that it is opposed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
*Attorneys for National Labor Consultants and Keith Peraino*

By: ___/s/Rosemary Alito_____
Rosemary Alito

Dated: September 29, 2014