UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Care One Management, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>1199 SEIU United Healthcare Workers East, and New England Health Care Employees Union, District 1199,<br><br>Defendants. | Civil Action No. 2:12-cv-06371<br><br>Honorable Susan D. Wigenton, U.S.D.J.<br>Honorable Michael A. Hammer, U.S.M.J.<br><br>**DECLARATION OF KEITH PERAINO IN SUPPORT OF MOTION TO QUASH SUBPOENA AD TESTIFICANDUM** |

I, **KEITH PERAINO**, declare under penalty of perjury as follows:

1. I am the Chief Executive Officer of National Labor Consultants ("NLC"), a professional association that provides assistance to employers regarding traditional labor activities, such as educating employees on election process, company policies and procedures and employees' rights under the National Labor Relations Act. I submit this declaration in support of the Motion to Quash Subpoena Ad Testificandum served on me in connection with the above legal action.

2. In 2012, NLC was retained by Plaintiffs to provide National Labor Relations Act training and education to Plaintiffs' employees.

3. The manner in which NLC carries out its business, and its strategies and tactics in providing assistance to employers in furtherance of NLC's business, are matters that NLC maintains in strict confidence. Given the competition among

labor consultants such as NLC for clients, and the adversarial nature of negotiations with labor organizations such as Defendants, that disclosure of NLC internal business practices strategies would irreparably harm NLC not only with respect to competing labor consultants, but also with adversarial labor organizations. Therefore, if I am required to testify about this information, and the information becomes public or is even disclosed to labor organizations such as Defendants, such disclosure would risk placing NLC at an unconscionable competitive disadvantage.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: September 29, 2014

KEITH PERAINO