# Karabell Declaration Exhibit 5

INTERNET ARCHIVE WaybackMachine
http://www.natlabor.com/ Go
25 captures
23 Sep 04 - 17 May 14
DEC JAN AUG
2006 19 2012 2013
Close
Help

718-227-5191

Home | About Us | Read Between the Lines | Services | Contact Us | Links



NLC is born from former Union Officials and Organizers who once believed in the Union way. However, after witnessing years of corruption, scandal, misappropriated funds, and other misdeeds we have realized that the only solution is to unite the employees with the employer and not the employees with the union.

National Labor Consultants is dedicated to keeping your organization UNION FREE. We are a firm comprised of professional Labor Relations Consultants who have only one mission: WINNING.

A Union can interfere with your ability to achieve and maintain profitability. It can destroy employee and management morale and complicate every facet of your operations.

We realize how important it is for your organization to operate unencumbered by a union. Unions hurt productivity, protect poor performing employees and erode management's ability to effectively oversee its workforce.



Union organizers will do and say anything to persuade your workforce to unionize. They understand the rules of the game and they know how to manipulate those rules to their advantage.

NLC understands the National Labor Relations Act and what it means to your specific union problem. We take on the Unions using by educating you and your workforce about what unions can and cannot do through our labor relations training. We expose the Unions lies and tactics while delivering powerful, real world examples of Union behaviors.

Whether you are currently confronted with union activity on your premises or seeking union avoidance in the first place, National labor Consultants can perform an organizational assessment and implement a program to keep you UNION FREE.

Home | About Us | News and Info | Services | Contact Us | Links

Copyright 2012: National Labor Consultants | Labor Relations Training. All Rights Reserved.