# Karabell Declaration Exhibit 6

CareOne at Madison Avenue

A Senior Care Company

Get the Facts!
Know the *Truth!*
*What the Union Won't Tell You ...*

# WARNING!

## Save your Money! 1199SEIU – is a Loser!

### *Look at 1199SEIU's Pitiful Record of "Representation"*

**Over the last 10 years, 1199SEIU:***

**Won 37% of its elections but LOST 63%!**

**It got agreements in only 28% of the contracts it negotiated –**
**It FAILED to get an agreement 72% of the time!**

**Out of the all of the contract negotiations it got agreements in,**
**5% of the time it got the employees more –**
**4% of the time it got the employees LESS – and**
**91% of the time it got the employees the SAME!**
***(but, because the employees are paying dues, they really ended up getting LESS!)***

**In summary, 1199SEIU:**

**LOSES elections 63% of the time**

**FAILS to get agreements 72% of the time**

**And, when it negotiates,**

**it is best at getting employees the SAME (91% of the time), and**

**It is about equally good at getting employees more (5% of the time)**
**as at getting employees LESS (4% of the time)!**

**What a bunch of losers!**

**NOTE: If CareOne at Madison Avenue ran its business like 1199SEIU runs Its business, we would be <u>out</u> of business. But, 1199SEIU will never go out of business as long as it can find more non-union employees to trick into joining the Union and becoming dues-paying members.**

****See the charts posted in the Center for the supporting data about 1199SEIU's record.***

p-2

CareOne at Madison Avenue

A Senior Care Company

# Get the Facts!
# Know the *Truth!*
## *What the Union Won't Tell You ...*

## Tomorrow is *Election Day* at CareOne at Madison Avenue

### *5 Facts About Tomorrow*

- ✓ Tomorrow is the day you can **vote NO** and reject 1199SEIU!
- ✓ Tomorrow you can **vote NO** in the NLRB election and **STOP** 1199SEIU -- *before it is too late*!
- ✓ Tomorrow you can **vote NO** and send 1199SEIU a message to leave us alone!
- ✓ Tomorrow you can **vote NO** and keep 1199SEIU out of our Center and out of our lives!
- ✓ Tomorrow you can **vote NO** and send our residents a message that we aren't going to give 1199SEIU the opportunity to interfere with our ability to provide excellent Quality of Care and Customer Serivce!

### *5 Facts About the NLRB Election*

- ✓ The voting will be by *secret ballot*!
- ✓ No one will know how you vote!
- ✓ Voters will use a *private* voting area to mark their ballots!
- ✓ An NLRB Agent will be present to make sure the voting process is fair!
- ✓ Voters ***always*** have the legal right to **vote NO!**

### *5 Facts About Voting*

- ✓ ***Your*** vote is important -- ***every vote*** is important!
- ✓ The outcome of the election is determined by a majority of those employees who vote!
- ✓ If you don't vote, you are letting others make this important decision for you!
- ✓ If the Union gets in, it will represent you -- if you don't want this to happen, you should be sure to vote, -- and you should **vote NO**!
- ✓ If the Union gets in, it will be able to make decisions and take actions that could affect your job and your life; if you don't want this to happen, you should be sure to vote -- and you should **vote NO!**

### *5 Facts About Voting "NO"*

- ✓ By **voting NO**, you can protect your paycheck from 1199SEIU dues and assessments!
- ✓ By **voting NO**, you can protect your wages and benefits from the risks and uncertainty of 1199SEIU negotiations!
- ✓ By **voting NO**, you can protect yourself from the risks of an 1199SEIU strike!
- ✓ By **voting NO**, you can protect yourself from being subjected to 1199SEIU rules, orders, fines, and Union officials!
- ✓ By **voting NO**, you can protect your freedom to talk for yourself and make decisions for yourself!

## Vote NO to 1199SEIU Representation!

CareOne at Madison Avenue

A Senior Care Company

Get the Facts!
Know the *Truth!*
*What the Union Won't Tell You ...*

# Here are Some More Facts the Union Probably Hasn't Told You!*

**Did 1199SEIU tell you that many SEIU pension plans are UNDERFUNDED?** This means there is not enough money in the funds to pay everyone's pension!

In 2007, the SEIU's 1199 Greater New York Pension Fund only had enough money to pay for 58% of its future obligations before it runs out of money; 42% of retiring SEIU members covered by this fund may not get the pension benefits they thought they were going to get! ***Do you want to be part of a pension plan where there is a 42% chance you won't get your full pension?***

**Did the Union tell you that its pension plan for SEIU Officers was funded at 102%?** While many of the SEIU's pension funds for Union members are seriously underfunded, the Union's Officials have made sure *their* pension plan is fully funded! ***Who are these Union Officials looking out for – the members or themselves?***

**Also, has the Union told you that in 2010 the SEIU was $85,000,000 in debt?** This debt probably is the result of the Union's purchase of fancy offices in Washington, D.C. costing more than $80,000,000 and gifts and contributions to politicians in excess of $85,000,000. ***SEIU Officials freely spend the dues money collected from the members on things the Officials want!***

---

**The *real* reason the Union is interested in you is because it wants part of your paycheck to help fund its failing pension plans and pay the Union's big expenses.**

## Don't be Fooled by the Union's Misrepresentations!

## Get the *Facts!* Know the *Truth!*

**Note: See the attached document and articles concerning the issues summarized in this fact sheet.*

CareOne at Madison Avenue

A Senior Care Company

# Get the Facts! Know the *Truth!*

## *What the Union Won't Tell You ...*

# ATTENTION!!!

## *The Union is Going to Get Your Name and Address! The Truth Is That You Have the Right NOT to Talk to the Union!*

On February 15, 2012, CareOne at Madison Avenue was required to provide the NLRB with a list of the names and addresses of all employees who are eligible to vote in the election. We were required by law to do this. Under the NLRB's rules, the NLRB gives a copy of this list to 1199SEIU, United Healthcare Workers East.

The truth is...

1. ***The Center views your personal information as confidential*** – The Center only gives this information to the NLRB because it is required to do so by law. Unfortunately, once the Union has this information, it is out of our control. There are no restrictions on what the Union can do with it.

2. ***The Union May Try to Visit You at Your Home – Day or Night*** – Union visits may interrupt your personal life. "Home visits" by strangers from the Union often cause those being visited to become concerned about their personal privacy, security, and other issues.

3. ***You Have Rights, Too*** – You always have the right not to talk to the Union salesperson who visits your home (or calls you on the phone). You have the legal right to oppose the Union and speak out against the Union if you want to.

**Vote NO to 1199SEIU Representation!**

# Vote NO!

☒

# CareOne at Madison Avenue
# What You Need to Know About
# United Healthcare Workers East

***Protect Your Individual Freedom by Exercising Your Right to Refuse to Sign a Card and Tell the Union NO!***

## Extreme Caution Required!

### Be Prepared for an Encounter with a Union Organizer!

***1199SEIU United Healthcare Workers East is on the Prowl for New Dues-Paying Members***

It appears that 1199SEIU United Healthcare Workers East is aggressively looking for new union members. This should not be a surprise. It costs a lot of money to run a business like 1199SEIU United Healthcare Workers East, and their costs of operation go up every year. Since the Union gets its money from the paychecks of its members, when it needs more money it only has two choices: 1) raise the dues of its existing members or 2) get new dues-paying members.

1199SEIU United Healthcare Workers East employs "organizers" who are the professional sales people for the Union. Their job is to persuade non-union employees to sign cards that give the Union the right to represent them. These organizers are not required to tell employees the truth about what it could mean to be part of a union or the possible risks that could be involved with union representation. Their job is to get the Union's cards signed and they will often misrepresent the facts, fail to tell the whole story, or use pressure tactics if that's what it takes to accomplish their goal. For example, they often do not tell employees that the card is a **legal document** that is binding on an employee who signs it and cannot be cancelled even if the employee didn't understand what the card meant or later changes her/his mind and wishes she/he hadn't signed it.

If one of these Union organizers approaches you with a Union card, you need to be on guard and exercise extreme caution. You also need to know your rights. You do **not** have to talk to the Union organizer, and you do **not** have to sign a card. Federal law gives you the right to tell the Union "**NO**" and refuse to sign the Union's card.

**When You Have the *Facts*, You Know Why You Should *<u>Refuse</u>* to Sign a Union Card and Tell the Union NO!**

CareOne at Madison Avenue

A Senior Care Company

# Get the Facts!
# Know the *Truth!*
## *What the Union Won't Tell You ...*

## The Truth About Taking the Union for a "Test Drive"

Unions often tell people – "just try us out – if you don't like us, we'll leave." This is misleading – there is no such thing as taking the Union for a "test drive." 1199SEIU knows the truth about how this works – and they know the NLRB's rules.

### Get the Truth:

- ***The NLRB will only conduct one election per year at any location*** – If employees vote the Union in, and then realize they've made a terrible mistake, *they are stuck with the Union for an entire year!!!*
- ***There cannot be an election for up to three years while a contract is in place*** – If a union and a company agree to a contract within the first year following the election, employees cannot have an election to kick the union out until the contract expires, or until three years into the contract – whichever comes first.
- ***It could take four years before employees can try to vote out a union they don't like*** – Under the above two NLRB rules, it may take four years for employees to get an election to decertify the union.
- ***Most unions fight hard to stay in*** – The NLRB rules say that a company cannot help employees who want to get rid of their union. Employees have to do it themselves. However, the union can use its attorneys to block employees' efforts. If the union is successful, employees will *never* get an election to vote out an unwanted union.

While it is not impossible for employees to get rid of a union they don't like, it's a lot more difficult to get rid of a union than it is to vote one in. ***For all practical purposes, once a union gets into a company, it is in for good and the employees are stuck.***

## Vote NO to 1199SEIU Representation!

# Vote NO!

☒

CareOne at Madison Avenue

A Senior Care Company

# Get the Facts!
# Know the *Truth!*
## *What the Union Won't Tell You ...*

## What is a Union?

*A Union, like 1199SEIU United Healthcare Workers East, is a **big business** with **big expenses**.*

A Union gets the money it needs to pay its expenses out of the paychecks of its members. Union dues, fees, fines, and assessments can be expensive!

- 1199SEIU charges members 2% of their gross wages!
- 1199SEIU dues can be as high as $900 per year!
- Other fees, fines and assessments can add up!

When the Union wants more money, it just increases dues and takes more out of the members' paychecks. Or, it gets more dues-paying members – like 1199SEIU is trying to do here at CareOne at Madison Avenue.

## REMEMBER!

- Union organizers are ***paid sales people*** for the Union!
- Union organizers get ***paid for getting new members***!
- Union organizers will ***say or do almost anything*** to get nonunion employees to sign up and vote for the Union.
- Union organizers ***cannot be trusted*** to tell the ***truth***!
- Union organizers have ***misrepresented facts and misled employees***!
- Union organizers may act like they are your friend, but ***they are not your friend*** – they only care about doing their job of getting new dues-paying members for the Union!

***Don't be tricked by the Union's sales people!***
***Don't trust what the Union organizers tell you!***

## Vote NO to SEIU Representation!

# Vote NO!

☒

CareOne at Madison Avenue

A Senior Care Company

# Get the Facts!
# Know the *Truth!*
## *What the Union Won't Tell You ...*

## 1199SEIU Has Rules to Keep Its Members in Line!!!

*1199SEIU has a book of rules it uses to protect itself against its own members. These rules are contained in the Union's Constitution and By-Laws. Union members are required to obey these rules. These documents give the Union control over Union members!*

**What are some of the rules this Union has in its Book of Rules?**

- ***"Trying to get rid of the Union"*** – The Union can punish any member who exercises her/his right to throw the Union out!
- ***"Not paying the Union dues bill"*** – The Union can go after members who do not pay their dues. In some cases, it can even get a Center to *fire* employees who have not paid their dues!
- ***"Conduct unbecoming a member"*** – This is the Union's general catch-all rule. It lets Union leaders determine – for almost any reason – if a member has engaged in conduct that the Union does not like – and punish the member for "misbehaving"!
- ***"Crossing a picket line"*** – This means the Union can discipline members who decide to continue working to earn the money they need instead of joining a strike that would withhold services to residents!

*These are just a few examples of what's in 1199SEIU's Book of Rules and the ways Union members can get into trouble with the Union.*

***What is the Union afraid of?***

***Why does the Union need rules to protect itself against the people who are paying for "representation"?***

## Vote NO to 1199SEIU Representation!

# Vote NO!

☒

CareOne at Madison Avenue

A Senior Care Company

# Get the Facts!
# Know the *Truth!*
## *What the Union Won't Tell You ...*

## The Union's Business Goals are NOT the Same as Our Business Goals!

*A union, like 1199SEIU United Healthcare Workers East, is an* ***Outsider!***
*Our business doesn't matter to the Union –* ***it only cares about its business!***

**1199SEIU wants to improve *its* business by increasing *its* revenue**

- *The Union does NOT have a goal of trying to improve our business!*
- *The Union's goal is to get more dues-paying members to increase its revenue!*
- *The Union does NOT have a goal of helping our business succeed!*
- *The Union only cares about itself, and getting more money to pay its big expenses!*
- *That's why the Union seems "interested" in you – it wants part of your paycheck!*

**1199SEIU officials' paychecks and jobs depend *only* on the Union being successful**

- *Our paychecks and jobs depend on our Center being successful!*
- *Union officials' paychecks and jobs do not depend on our Center being successful!*
- ***If the jobs of the Union officials depended on our Center's good reputation and the success of our business, like our jobs do, do you think they would be trying to damage our reputation or hurt our business?***

**1199SEIU already has tried to try damage our reputation and hurt our business with lies and misrepresentations in radio ads and on billboards. If they are successful in their smear messages, our jobs will be in danger.**

***Don't trust 1199SEIU to care about you!***
***Don't trust 1199SEIU with your job!***

## Vote NO to 1199SEIU Representation!

# Vote NO!

☒