UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

CARE ONE MANAGEMENT, LLC,
et al.,

       Plaintiffs,

  v.

UNITED HEALTHCARE WORKERS
EAST, SEIU, 1999, et al.,

       Defendants.
_____

Civil Action No. 12-6371 (SDW)

ORDER

This matter having come before the Court by way of non-party movants National Labor Consultants ("NLC") and Keith Peraino's Motion to Quash [D.E. 173];

and the Court having considered the parties' submissions as well as the applicable law;

and the Court having held a hearing on the record on December 3 and December 4, 2014;

and for the reasons set forth on the record on December 3 and December 4, 2014;

and for good cause shown;

IT IS on this 18th day of December, 2014,

ORDERED that non-party movants Motion to Quash [D.E. 173] is **ADMINISTRATIVELY TERMINATED** without prejudice to NLC and Keith Peraino's right to renew the motion following the completion of Plaintiffs' production of documents regarding NLC and Keith Peraino.

                                                      *s/ Michael A. Hammer*_____
                                                      **United States Magistrate Judge**