UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                         :

**CARE ONE MANAGEMENT, LLC,**    :
**et al.,**                                             :
                                           :
        **Plaintiffs,**                         :
                                           :      Civil Action No. 12-6371 (SDW)
        v.                                         :
                                           :
**UNITED HEALTHCARE WORKERS**  :
**EAST, SEIU, 1999, et al.,**            :      **AMENDED ORDER**
                                         :
        **Defendants.**                    :
_____:

This matter having come before the Court by way of non-party movants Luke Herrine and Leo Gertner's letter dated December 19, 2014 [D.E. 206] seeking clarification of the Court's Order dated December 12, 2014 [D.E. 201];

and for good cause shown;

**IT IS on this 31st day of December, 2014**,

**ORDERED THAT**:

The Order dated December 12, 2014 is amended as follows:

1. Non-party movants Luke Herrine and Leo Gertner's Motion to Quash [D.E. 100, 101, 102, 103] is granted with respect to internal communications between the movants and other law students.

2. On or before **January 23, 2015**, any payments and any correspondence relating to such payments between unions and students shall be produced to Plaintiffs, limited to the following time periods: (1) August 2012 to March 9, 2014 for Luke Herrine, and (2) August 2013 to March 9, 2014 for Leo Gertner.

                                          *s/ Michael A. Hammer*_____
                                          **United States Magistrate Judge**