UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARE ONE MANAGEMENT, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE WORKERS EAST, SEIU 1199, *et al.*,<br><br>Defendants. | Civil Action No. 2:12-cv-06371 (SDW-MAH)<br><br>**DECLARATION OF KEITH PERAINO IN SUPPORT OF NOTICE OF JOINDER IN MOTION TO QUASH SUBPOENA** |

I, Keith Peraino, declare under penalty of perjury as follows:

1. On or about June 19, 2017, I was contacted by Leon Dayan of Bredhoff & Kaiser regarding my intent to appear for a deposition pursuant to a subpoena Defendants served on me. At that time, I told Mr. Dayan that I would not be filing a motion to quash or limit the deposition subpoena.

2. I made the above representation that I would not challenge subpoena before I had the opportunity to consult with legal counsel. After consulting with my counsel, I withdraw my consent to appear for my deposition and now join in National Labor Consultant's motion to quash the subpoena issued for my deposition.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 7/31/17

KEITH PERAINO