# K&L GATES

October 17, 2017

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

Rosemary Alito
rosemary.alito@klgates.com

T +1 973 848 4022
F +1 973 848 4001

Re: *CareOne Management, LLC, et al. v. United Healthcare Workers East, SEIU 1199, et al.*,
**Docket No. 2:12-cv-06371-SDW-MAH**

Dear Judge Hammer,

Following up on our joint letter from October 11, 2017, the parties have been discussing potential dates for a settlement conference. Representatives of both sides and their attorneys are available for a settlement conference on Monday, November 27, 2017. If this date does not work for Your Honor, please let us know, and we will discuss additional potential dates.

Respectfully submitted,

*/s/ Rosemary Alito*

Rosemary Alito

cc: All counsel of record (via ECF)