# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Care One Management, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United Healthcare Workers East, SEIU 1199 et al., <br><br> Defendants. | Civil Action No: 2:12-cv-06371 <br><br> Honorable Susan D. Wigenton, U.S.D.J. <br> Honorable Michael A. Hammer, U.S.M.J. <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF THE COURT'S MAY 24, 2019 OPINION** |

This matter having come before the Court by Plaintiffs' Motion to seal portions of the Court's May 24, 2019 Opinion pursuant to Local R. 5.3, filed June 21, 2019;

and the Court having considered the moving and any opposition papers;

and the Court having determined that the Court's May 24, 2019 Opinion may contain confidential or highly sensitive information ("Confidential Information");

and the Court having determined that sealing such Confidential Information is necessary to protect Plaintiffs' legitimate financial, strategic, and other related interests, and the public disclosure of such Confidential Information could result in injury to Plaintiffs;

and Plaintiffs having requested the least restrictive method of effectively protecting its Confidential Information;

and for good cause shown;

IT IS on this __16th__ day of _July_ 2019,

**ORDERED,** that Plaintiffs' Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Court's May 24, 2019 Opinion shall remain under seal and restricted from public access and viewing until such time as the Court will resolve an Omnibus Motion to Seal, whereby the Court will determine whether portions of the Opinion do contain Confidential Information, and whether such Confidential Information should be redacted in whole or in part.

_____
Hon. Michael A. Hammer, U.S.M.J.