# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Care One Management, LLC et al., | Case No. 2:12-cv-06371-SDW-MCA |
| Plaintiffs, | |
| v. | |
| United Healthcare Workers East, SEIU 1199 and New England Healthcare Employees Union, District 1199, et al., | **ORDER** |
| Defendants. | |

This matter having been remanded by the United States Court of Appeals for the Third Circuit for further proceedings consistent with its Opinion filed on July 28, 2022; and the mandate having been issued on August 23, 2022;

It is on this  31st  day of August             , 2022,

**ORDERED,** that this matter be reopened and restored to the active court docket.

Dated:  August              31 , 2022        _____
                                              Susan D. Wigenton, U.S.D.J.

313305702.1