IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| Care One Management, LLC, et al., Plaintiffs, -v- United Healthcare Workers East, SEIU 1199, et al., Defendants. | Civil Action No. 2:12-cv-06371-SDW-MAH<br><br>DECLARATION OF JACOB KARABELL IN SUPPORT OF DEFENDANTS' TRIAL BRIEF |
|---|---|

I, Jacob Karabell, hereby declare as follows:

1.  I am an attorney with the law firm of Bredhoff & Kaiser, PLLC, counsel for Defendants 1199SEIU United Healthcare Workers East; New England Health Care Employees Union, District 1199; and Service Employees International Union. I make this declaration based on my personal knowledge and in support of Defendants' Trial Brief.

2.  Attached hereto as Exhibits 1–6 are true and correct copies of the following items from the record in the above-referenced matter, including a description of the exhibits that are cited in Defendants' Trial Brief:

| Exhibit Number | Document Description | Source/Cite in Defendants' Brief |
|---|---|---|
| 1 | Witness Affidavit of Suzanne Clark, dated July 3, 2012 | DX245 |
| 2 | Condon email to Ortelle and Cass, dated June 26, 2012, and excerpts of attachments. | Excerpts of DX34 |
| 3 | Excerpts of Linda Martin Deposition Transcript, dated February 28, 2018 | L. Martin Tr. |

| Exhibit Number | Document Description | Source/Cite in Defendants' Brief |
|---|---|---|
| 4 | Compliance Update presentation, dated June 2013 | DX72 |
| 5 | Marcos email to Petricone, Cumsky, and Petricone, dated November 17, 2012 | DX27 |
| 6 | Excerpts of Fran Petricone Deposition Transcript, dated October 17, 2018 | Petricone Tr. |

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: May 2, 2025

Jacob Karabell